UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DENISE A. WINER AND JONATHAN WINER,<br><br>  Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA,<br><br>  Defendant. | CIVIL CASE NO: RDB-12-CV-03541 |

## JOINT MOTION TO STAY DISCOVERY AND ALL RELATED DEADLINES

COME NOW, Plaintiffs Denise and Jonathan Winer, by and through counsel, Jason Penn, Esquire and the law firm of Janet, Jenner & Suggs, LLC, and Laboratory Corporation of America, by and through counsel Lillian N. Caudle, Esquire, Stephanie D. Taylor, Esquire, and the law firm of Jones Day, and hereby move this Honorable Court to stay discovery and all related deadlines for sixty (60) days. In support thereof, the parties state as follows:

1. The parties have diligently pursued discovery in this matter;

2. The parties are engaged in fruitful ongoing negotiations toward potential settlement in hopes of resolving this matter without additional involvement of this Court or its resources; and

3. To avoid continued, and potentially unnecessary, costs associated with continuing discovery while pursuing potential settlement, the parties believe it would be appropriate to stay discovery and all related deadlines for a period of sixty (60) days.

THEREFORE, the parties respectfully request that this Honorable Court enter an order as follows:

1. All discovery deadlines are stayed for a period of sixty (60) days.

2. The parties shall advise the Court of the case's status on or before January 30, 2014.

DATED: 11/21/13

ATTORNEYS FOR PLAINTIFFS
DENISE A. WINER AND JONATHAN WINER:

*/s/ Jason Penn*

Howard A. Janet
Giles H. Manley
Jason B. Penn
JANET, JENNER & SUGGS, LLC
Commerce Centre, Suite 165
1777 Reisterstown Road
Baltimore, MD 21208
Phone: 410-653-3200
Fax: 410-653-9030
**Counsel for Plaintiffs**

DATED: __11/21/13__                ATTORNEYS FOR DEFENDANT LABORATORY
                                   CORPORATION OF AMERICA:

                                   _/s/ Lillian N. Caudle_
                                   Lillian N. Caudle
                                   (admitted *pro hac vice*)
                                   JONES DAY
                                   1420 Peachtree Street, Suite 800
                                   Atlanta, Georgia 30309
                                   (404) 581-3939

                                   Stephanie D. Taylor
                                   (admitted *pro hac vice*)
                                   JONES DAY
                                   500 Grant Street, Suite 4500
                                   Pittsburgh, PA 15219
                                   (412) 394-7282
                                   **Counsel for Defendant**

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Joint Motion to Stay was served on this 21st day of November, 2013 to the following:

Bruce R. Parker
Julie Galbo-Moyes
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Carol A. Hogan
(admitted *pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

Lillian N. Caudle
(admitted *pro hac vice*)
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, Georgia 30309
(404) 581-3939

Stephanie D. Taylor
(admitted *pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 394-7282
**Counsel for Defendant**

Jason B. Penn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DENISE A. WINER AND JONATHAN WINER,<br><br>    Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO: RDB-12-CV-03541<br><br>REMOVED FROM THE CIRCUIT COURT FOR BALTIMORE CITY<br>Case No.: 24-C-12-006246 OT |

## ORDER

UPON CONSIDERATION of the Joint Motion to Stay filed by the Plaintiffs and Defendants in this case, it is this \_\_\_\_\_ day of _____, 2013,

ORDERED that the motion be, and hereby is, granted, and:

1. All discovery deadlines are stayed for a period of sixty (60) days.

2. The parties shall advise the Court of the case's status on or before January 30, 2014.

                  _____J.

cc: Howard Janet, Esquire
   Giles H. Manely, Esquire
   Jason B. Penn, Esquire

   Bruce R. Parker, Esquire
   Julie Galbo-Moyes, Esquire

   Carol A. Hogan, Esquire
   Lillian N. Caudle, Esquire
   Stephanie D. Taylor, Esquire