# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| DENISE A. WINER AND JONATHAN WINER,<br>　　　　　Plaintiffs,<br>　v.<br>LABORATORY CORPORATION OF AMERICA,<br>　　　　　Defendant. | CIVIL CASE NO: RDB-12-CV-03541<br><br>**REMOVED FROM THE CIRCUIT COURT FOR BALTIMORE CITY**<br>Case No.: 24-C-12-006246 OT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Denise and Jonathan Winer, by and through their counsel of record, **DISMISS WITH PREJUDICE** all claims against Defendant Laboratory Corporation of America that were, or could have been, raised in the above-styled lawsuit. The parties shall each bear their own costs, expenses, and attorneys' fees.

*[signatures on following page]*

Respectfully submitted this 4th day of April, 2014,

_____
Giles H. Manley
Howard Janet
Jason B. Penn
JANET, JENNER & SUGGS, LLC
Commerce Centre, Suite 165
1777 Reisterstown Road
Baltimore, MD 21208
Phone: 410-653-3200
Fax: 410-653-9030
Counsel for Plaintiffs

_____
Bruce R. Parker
Julie Galbo-Moyes
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Lillian N. Caudle
(admitted pro hac vice)
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, Georgia 30309
(404) 581-3939

Carol A. Hogan
(admitted pro hac vice)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

Stephanie D. Taylor
(admitted pro hac vice)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219
(412) 394-7282

*Attorneys for Defendant Laboratory Corporation of America*

## CERTIFICATE OF SERVICE

The undersigned certifies that the above **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to the following counsel of record:

*Counsel for Plaintiffs*

> Giles H. Manley
> Howard Janet
> Jason B. Penn

*Counsel for LabCorp*

> Bruce R. Parker
> Julie Galbo-Moyes
> Lillian N. Caudle
> Carol A. Hogan
> Stephanie D. Taylor

This 14th day of April, 2014

/s/
*An Attorney for Plaintiffs*

Giles H. Manley
Howard Janet
Jason B. Penn
JANET, JENNER & SUGGS, LLC
Commerce Centre, Suite 165
1777 Reisterstown Road
Baltimore, MD  21208
Phone: 410-653-3200
Fax:  410-653-9030
Counsel for Plaintiffs