___FILED___ ___ENTERED___
___LODGED___ ___RECEIVED___

APR 1 5 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

DENISE A. WINER AND JONATHAN WINER,

  Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA,

  Defendant.

CIVIL CASE NO: RDB-12-CV-03541

REMOVED FROM THE CIRCUIT COURT FOR BALTIMORE CITY
Case No.: 24-C-12-006246 OT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Denise and Jonathan Winer, by and through their counsel of record, **DISMISS WITH PREJUDICE** all claims against Defendant Laboratory Corporation of America that were, or could have been, raised in the above-styled lawsuit. The parties shall each bear their own costs, expenses, and attorneys' fees.

[*signatures on following page*]

Request Granted this 15th Day of April, 2014.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge